UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                        13-cr-17 (PKC)

       -against-

                                                        ORDER

KEVIN BROWN,

                 Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Benjamin Zeman is appointed CJA counsel to defendant Kevin Brown for the limited purpose of pursuing a sentence reduction motion for Mr. Brown pursuant to 3582(c) of Title 18.

        SO ORDERED.

                                                    P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
       July 8, 2020

                                                    Mailed to Kevin Brown 7/8/2020